# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORIANA RADWAN<br>   *Plaintiff* | : | CIVIL ACTION NO.<br>3:16-CV-02091 |
| v. | : | |
| UNIVERSITY OF CONNECTICUT<br>BOARD OF TRUSTEES, ET AL<br>   *Defendants* | :<br>: | January 2, 2018 |

## **DEFENDANT'S MOTION TO COMPEL**

Pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 37(a)(2), the respectfully request that this Court enter an order compelling the plaintiff to provide responses to defendant's first set of request for production dated October 3, 2017.

The undersigned certifies that the movants have in good faith attempted to confer with plaintiff's counsels in an effort to secure the response without court action. Despite being contacted, the plaintiff has failed to provide any response to the requests for production, and she has not objected to any request.

The undersigned contacted plaintiff's counsel, Attorney Gregory Tarone by email on October 26, 2017, and November 9, 2017. (Attached to defendants' memorandum of law, Exhibit A, p. 3; Exhibit A, p. 1). Undersigned counsel agreed to extend the response date to December 11, 2017. (Exhibit A, p. 1).

On December 5, 2017, Attorney John J. Radshaw, III, entered an appearance on behalf of Ms. Radwan. [Dkt. # 28]. On December 14, 2017, undersigned counsel emailed Attorneys Tarone and Radshaw regarding the status of the discovery responses. (Attached to defendant's memorandum of law, Exhibit B, p. 3). Attorney

Tarone responded that while he and Attorney Radshaw are co-counsel on the case, Attorney Radshaw would be lead counsel.  (Attached to defendant's memorandum of law, Exhibit C, p. 1).

Attorney Radshaw also responded by email on December 14, 2017, stating that he was going to seek a modification of the scheduling order and sought to schedule a call with undersigned counsel regarding outstanding matters.  (Exhibit B, p. 2-3) Undersigned counsel consented to extending the discovery response date from December 11 to December 28, 2017, and agreed to a tele-conference on December 20, 2017. (Exhibit B, p. 1-2).  On December 20, 2017, undersigned counsel emailed Attorney Radshaw to confirm availability for the teleconference he had requested. (Exhibit B, p. 1)  Attorney Radshaw did not respond in any manner to the email and no tele-conference occurred.

Undersigned counsel received no response to a follow-up email on December 28, 2017, inquiring on the status of plaintiff's discovery responses. (Exhibit B, p. 1).

A Certificate of Good Faith is attached hereto.  A memorandum of law is submitted herewith, as required by Local Rule 37.

WHEREFORE, the defendant requests that the court order the plaintiff to respond to the defendants' request for production.

                    DEFENDANTS,

                    GEORGE JEPSEN
                    ATTORNEY GENERAL

BY:    /s/
        Rosemary M. McGovern
        Assistant Attorney General
        Federal Bar No. #ct19594
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5160
        Fax: (860) 808-5084
        Rosemary.mcgovern@ct.gov

## **CERTIFICATION**

I hereby certify that, on January 2, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                    /s/
                    Rosemary M. McGovern
                    Assistant Attorney General
                    Federal Bar No. 19594
                    55 Elm Street
                    P.O. Box 120
                    Hartford, CT  06141-0120
                    Tel: (860) 808-5160
                    Fax: (860) 808-5084
                    Rosemary.mcgovern@ct.gov