UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORIANA RADWAN | : CIVIL ACTION NO. 3:16-CV-02091 (VAB) |
| PLAINTIFF, | : |
|  | : |
| v. | : |
|  | : |
| UNIVERSITY OF CONNECTICUT BOARD OF TRUSTEES, WARDE MANUEL, LEONARD TSANTIRIS, AND MONA LUCAS, INDIVIDUALLY, | : JUNE 18, 2018 |
| DEFENDANTS | : |

## JOINT PROPOSED MODIFIED SCHEDULING ORDER

The parties respectfully submit this Joint Proposed Amended Scheduling Order, which would amend the scheduling order entered by the Court on February 14, 2018 (Doc. No. 48):

1. Plaintiff to join additional parties and amend pleadings - no longer applicable.

2. Defendant to join additional parties and amend pleadings - longer applicable.

3. Plaintiff to designate experts by April 13, 2018 - no longer applicable; already designated and report already produced.

4. Defendants' to respond to Plaintiff's Request for Production of Documents dated May 7, 2018 by July 20, 2018.

5. Defendants to depose Plaintiff's experts by September 1, 2018.

6. Damages Analysis to be filed by Plaintiff by May 18, 2018 - no longer applicable; already filed.

7. Defendants to designate experts by September 10, 2018.

8. Plaintiff to depose Defendants' experts by October 18, 2018.

9. Discovery to be completed (Deposition of Defendants and of fact witnesses and all other discovery to be completed) by November 1, 2018.

10. Post-Discovery Status Conference to be set by Judge Victor A. Bolden for _____, 2018 at \_\_\_\_;\_\_\_\_\_a.m.; once all parties are on the line, please call chambers at (203) 579-5562.

11. Dispositive motions due by December 15, 2018.

12. Joint Trial Memorandum to be filed 30 days after the Court rules on dispositive motions.

13. Trial ready date 30 days after the Joint Trial Memorandum is submitted.

            DEFENDANTS

            GEORGE JEPSEN
            ATTORNEY GENERAL

      BY: */s/* Rosemary M. McGovern
         Rosemary M. McGovern
         Assistant Attorney General
         Federal Bar No. ct19594
         55 Elm Street
         P.O. Box 120
         Hartford, CT 06141-0120
         Tel: (860) 808-5020
         Fax: (860) 808-5084
         Rosemary.McGovern@ct.gov

         PLAINTIFF, NORIANA RADWAN

      By: /s/ Jonathan J. Klein
         Jonathan J. Klein (ct00513)
         1445 Capitol Avenue
         Bridgeport, Connecticut 06604-1619
         Phone: (203) 330-1900
         Fax: (203) 330-1526
         E-mail: jjkesq@hotmail.com
         Her Attorney

           -and-

2

                By:     <u>/s/ Gegory J. Tarone</u>
                       Gregory J. Tarone, Esq.
                       Federal Bar #ct30272
                       5020 Route 9W, Suite 104
                       Newburgh, NY  12550
                       Phone: (845) 527-5424
                       Fax: (845) 563-0461
                       E-mail: Greg@TaroneEsq.com
                       Her Attorney

## **CERTIFICATION**

I hereby certify that on June 19, 2018, a copy of the foregoing Proposed Modified Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Rosemary M. McGovern
 (#ct19594)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5084
Email: Rosemary.McGovern@ct.gov