UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORIANA RADWAN<br>*Plaintiff* | CIVIL ACTION NO. 3:16-CV-02091 |
| v. | |
| UNIVERSITY OF CONNECTICUT<br>BOARD OF TRUSTEES, ET AL.<br>*Defendant* | August 29, 2018 |

## MOTION FOR LEAVE TO FILE SUPPLEMENT TO DEFENDANTS' ANSWER [DKT.15]

Pursuant to Federal Rule of Civil Procedure 15, defendants, Warde Manuel in his individual capacity, Mona Lucas, Leonidas Tsantiris in their individual and official capacities, and the University of Connecticut Board of Trustees (collectively referred to as UConn) seek leave from the court to supplement their answer [Dkt. 15] in response to allegations contained in paragraphs 65, 66, 68. 69. 70, 72 and 86 of the complaint. [Dkt. 1]. UConn was unable to respond to these allegations because they related to UConn Student Athletes (other than the plaintiff) that is protected by the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR part 99). [Defendants' Answer Dkt. 15]. Plaintiff has since subpoenaed records in furtherance of her Request for Production from UConn relating to these allegations and UConn provided written notice to the impacted student athletes about their right to move to quash the subpoena. No students have exercised this option and UConn provided the requested responsive documents consistent with its responses and objections raised in response to plaintiff's Request for Production.

Accordingly, UConn hereby seeks leave of the court to supplement their answer [Dkt. 15] to allegations in plaintiff's complaint that it was unable to admit or deny because the information

was protected by FERPA. A copy of the proposed supplement to defendants' answer is attached hereto.

                              DEFENDANTS,

                              GEORGE JEPSEN
                              ATTORNEY GENERAL

BY:    /s/_____
         Rosemary M. McGovern
         Assistant Attorney General
         Federal Bar No. ct19594
         55 Elm Street
         P.O. Box 120
         Hartford, CT 06141-0120
         Tel: (860) 808-5160
         Fax: (860) 808-5084
         Rosemary.mcgovern@ct.gov

## **CERTIFICATION**

I hereby certify that on 29th day of August, 2018, a copy of foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DEFENDANT

GEORGE JEPSEN
ATTORNEY GENERAL

BY:  /s/
Rosemary M. McGovern
Assistant Attorney General
Federal Bar No. ct19594
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5084
Rosemary.mcgovern@ct.gov