## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORIANA RADWAN<br>PLAINTIFF, | : CIVIL ACTION NO. 3:16-CV-02091 (VAB)<br>:<br>: |
| v. | : |
| UNIVERSITY OF CONNECTICUT<br>BOARD OF TRUSTEES, WARDE<br>MANUEL, LEONARD TSANTIRIS,<br>AND MONA LUCAS, INDIVIDUALLY,<br>DEFENDANTS | : August 29, 2018<br><br><br><br>: |

### CONSENTED TO MOTION FOR SETTLEMENT CONFERENCE

The defendants respectfully request that a settlement conference be scheduled before Magistrate Judge Garfinkel. Plaintiff's counsel has been consulted and consents to this request. The following dates are available for the parties: September 28; October 5, 12.

DEFENDANTS

GEORGE JEPSEN
ATTORNEY GENERAL

BY:    /s/ Rosemary M. McGovern
Rosemary M. McGovern
Assistant Attorney General
Federal Bar No. ct19594
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5084
Rosemary.McGovern@ct.gov

## **CERTIFICATION**

I hereby certify that on August 29, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Rosemary M. McGovern
 (#ct19594)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5084
Email: Rosemary.McGovern@ct.gov