UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORIANA RADWAN<br>PLAINTIFF,<br><br>v.<br><br>UNIVERSITY OF CONNECTICUT<br>BOARD OF TRUSTEES, WARDE<br>MANUEL, LEONARD TSANTIRIS,<br>AND MONA LUCAS, INDIVIDUALLY,<br>DEFENDANTS | : CIVIL ACTION NO. 3:16-CV-02091 (VAB)<br>:<br>:<br>:<br>:<br>:<br>: August 29, 2018<br>:<br>:<br>:<br>:<br>: |

## JOINT PROPOSED MOTION TO STAY SCHEDULING ORDER PENDING SETTLEMENT CONFERENCE

The parties respectfully request a stay of the scheduling order in the present case until after a settlement conference is held.[1] The parties seek a stay of the following deadlines in this case as entered by the court on July 19, 2018 (Doc. No. 56):

1. Deposition of plaintiff's experts by August 31, 2018;

2. Defendants disclosure of expert witness and reports due by September 10, 2018;

3. Deposition of defendants' experts by October 18, 2018;

4. Completion of discovery by November 1, 2018.

5. Post-Discovery Status Conference to be set by Judge Victor A. Bolden for November 8, 2018, 2018 at 11:00a.m. (Once all parties are on the line, please call chambers at (203) 579-5562.

6. Dispositive motions due by December 14, 2018.

7. Joint Trial Memorandum to be filed 30 days after the Court rules on dispositive motions.

8. Trial ready date 30 days after the Joint Trial Memorandum is submitted.

---

[1] Accompanying the present motion to stay is a motion requesting the court schedule a settlement conference to be heard by Magistrate Judge Garfinkel.

Notwithstanding the parties' motion to stay, defendants will provide plaintiff supplemental responses to plaintiff's request for production. The parties held a telephone conference on August 25, 2018, and resolved outstanding disputes as it related to plaintiff's request for production. Accordingly, defendants will supplement its response with electronically stored information following a forensic search and paper documents, consistent with the parties' resolution.

DEFENDANTS

GEORGE JEPSEN
ATTORNEY GENERAL

BY: /s/ Rosemary M. McGovern
Rosemary M. McGovern
Assistant Attorney General
Federal Bar No. ct19594
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5084
Rosemary.McGovern@ct.gov

PLAINTIFF, NORIANA RADWAN

By: /s/ Jonathan J. Klein
Jonathan J. Klein (ct00513)
1445 Capitol Avenue
Bridgeport, Connecticut 06604-1619
Phone: (203) 330-1900
Fax: (203) 330-1526
E-mail: jjkesq@hotmail.com
Her Attorney

-and-

2

By: /s/ Gegory J. Tarone
Gregory J. Tarone, Esq.
Federal Bar #ct30272
5020 Route 9W, Suite 104
Newburgh, NY 12550
Phone: (845) 527-5424
Fax: (845) 563-0461
E-mail: Greg@TaroneEsq.com
Her Attorney

## **CERTIFICATION**

I hereby certify that on August 29, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Rosemary M. McGovern
 (#ct19594)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5084
Email: Rosemary.McGovern@ct.gov