UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORIANA RADWAN | : | CIVIL ACTION NO. 3:16-CV-02091 (VAB) |
|     PLAINTIFF, | : | |
| | | |
|     v. | : | |
| | | |
| UNIVERSITY OF CONNECTICUT | : | OCTOBER 21, 2019 |
| BOARD OF TRUSTEES, WARDE | : | |
| MANUEL, LEONARD TSANTIRIS, | : | |
| AND MONA LUCAS, INDIVIDUALLY, | : | |
|     DEFENDANTS | : | |

**JOINT MOTION FOR LEAVE TO FILE REDACTED PUBLIC DOCUMENTS AND TO SEAL UN-REDACTED SUPPLEMENTAL ANSWER AND DOCUMENTS IN SUPPORT OF DEFENDANTS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 5(e)(4)(a), and in advance of defendants' summary judgment filing due by November 29, 2019, defendants move for leave to e-file the following public documents with redactions: supplemental answer to plaintiff's complaint; memorandum of law in support of motion for summary judgment; defendants' local rule 56(a)(1) statement of undisputed facts; and affidavits in support of summary judgment. Defendants also seek leave to file under seal un-redacted copies of each of the aforementioned documents.

Plaintiff joins in the present motion as she plans to file a motion for summary judgment as well and seeks leave to file public documents in support of the motion with redactions. Plaintiff also seeks leave to file under seal un-redacted copies of documents in support of her motion for summary judgment.

In support of this motion, the parties state as follows:

1. The information that defendants seek to redact contain references to numerous students who were involved in disciplinary matters at the University of Connecticut ("UConn") that plaintiff compares herself to in her complaint in support of her Title IX and Equal

Protection claims against the defendants.  The privacy of these non-party students deserves protection.  *See* Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR 99); United States v. Miami Univ., 294 F.3d 797, 818 (6th Cir. 2002) (The release of student disciplinary records "clearly will injure the reputations of the students involved, including the perpetrator, the victim and any witnesses.  In addition, the inherent privacy interest that congress sought to protect [by enacting FERPA] will be greatly diminished.  Once personally identifiable information has been made public, the harm cannot be undone.").

2. The information that plaintiff seeks to redact is the same or similar information that defendant seeks to redact.

                DEFENDANTS

                WILLIAM TONG
                ATTORNEY GENERAL

BY:    */s/* Rosemary M. McGovern
           Rosemary M. McGovern
           Assistant Attorney General
           Federal Bar No. ct19594
           55 Elm Street
           P.O. Box 120
           Hartford, CT  06141-0120
           Tel: (860) 808-5160
           Fax: (860) 808-5084
           Rosemary.McGovern@ct.gov

                PLAINTIFF, NORIANA RADWAN

By:    /s/ Jonathan J. Klein
           Jonathan J. Klein (ct00513)
           1445 Capitol Avenue
           Bridgeport, Connecticut  06604-1619
           Phone: (203) 330-1900
           Fax: (203) 330-1526
           E-mail: jjkesq@hotmail.com
           Her Attorney

                                           -and-

              By:      /s/ Gegory J. Tarone
                       Gregory J. Tarone, Esq.
                       Federal Bar #ct30272
                       5020 Route 9W, Suite 104
                       Newburgh, NY  12550
                       Phone: (845) 527-5424
                       Fax: (845) 563-0461
                       E-mail: Greg@TaroneEsq.com
                       Her Attorney

## CERTIFICATION

I hereby certify that on October 21, 2019, a copy of the foregoing *Motion* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Rosemary M. McGovern
 (#ct19594)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5084
Email: Rosemary.McGovern@ct.gov