UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORIANA RADWAN<br>PLAINTIFF, | : | CIVIL ACTION NO. 3:16-CV-02091 (VAB) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT<br>BOARD OF TRUSTEES, WARDE<br>MANUEL, LEONARD TSANTIRIS,<br>AND MONA LUCAS, INDIVIDUALLY,<br>DEFENDANTS | :<br>:<br>:<br>:<br>: | November 1, 2019 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants University of Connecticut ("UConn"), Leonidas Tsantiris, UConn women's soccer coach ("Coach Tsantiris") in his individual capacity; Mona Lucas, Director of Financial Aid Services ("Ms. Lucas") in her individual capacity; and Warde Manuel, UConn Athletic Director at all times relevant to the complaint ("AD Manuel") in his individual capacity, move for summary judgment in their favor as to all counts of the complaint brought by Noriana Radwan ("Ms. Radwan" or "plaintiff") because the evidence submitted demonstrates there is no genuine issue of material fact in dispute and the defendants are entitled to summary judgment on all claims based on the following grounds:

1) Plaintiff's Title IX (Count 1) claim against UConn-the only remaining claim against UConn-- and her Equal Protection Claim (Count 2) against Coach Tsantiris and AD Manuel fails, as plaintiff is unable to satisfy her burden under the McDonnell Douglas burden-shifting analysis because she cannot establish a *prima facie* case, or satisfy her ultimate burden to show pretext for discrimination, and she must do both; and fails against Ms. Lucas, as there is no

1

allegation (or evidence) that she had personal involvement with the decision to cancel plaintiff's athletic grant-in-aid or the alleged violation of plaintiff's right to equal protection;

2) Plaintiff's Procedural Due Process claim (Count 3) fails because her athletic grant-in-aid was not a protected property interest and, in the alternative, plaintiff was provided all the process she was due when her athletic grant-in-aid was cancelled; and with regard to Coach Tsantiris and AD Manuel, plaintiff's claim fails for the additional reason that she has not alleged that they had any personal involvement in violating her Procedural Due Process rights;

3) Plaintiff's First Amendment retaliation claim (Count 4) fails because plaintiff showing her middle finger to the ESPNU camera at the end of the UConn ACC championship game was not protected speech; and with regard to Ms. Lucas, plaintiff has failed to allege (or present evidence) that she had any personal involvement in the decision to cancel plaintiff's grant-in-aid because of her conduct;

4) Plaintiff's breach of contract (Count 5) claim fails against AD Manuel, Coach Tsantiris and Ms. Lucas ("UConn individual defendants") because only UConn is a party to the agreement;

5) Plaintiff's negligent infliction of emotional distress (Count 6) claim against the UConn individual defendants is barred by statutory immunity as provided in Conn. Gen. Stat. § 4-165; and

6) Lastly, qualified immunity shields the UConn individual defendants from plaintiff's Equal Protection claim, Procedural Due Process claim and First Amendment claim.

WHEREFORE, the Defendants respectfully move that this motion be granted and judgment be entered in their favor.

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

BY:   /s/ Rosemary M. McGovern

        Rosemary M. McGovern
        Assistant Attorney General
        Federal Bar No. ct19594
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5160
        Fax: (860) 808-5084
        Rosemary.McGovern@ct.gov

## **CERTIFICATION**

I hereby certify that on November 1, 2019, a copy of the foregoing *Motion For Summary Judgment* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Rosemary M. McGovern
        (#ct19594)
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5160
        Fax: (860) 808-5084
        Email: Rosemary.McGovern@ct.gov