UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORIANA RADWAN, | : |
| Plaintiff, | : |
| VS. | : Civil Action No. 3:16-cv-02091 (VAB) |
| UNIVERSITY OF CONNECTICUT BOARD OF TRUSTEES, WARDE MANUEL, LEONARD TSANTIRIS, and MONA LUCAS, individually, | : : |
| Defendants. | : December 23, 2019 |

PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AS TO COUNTS II, III AND IV

The Plaintiff, Noriana Radwan, respectfully cross-moves pursuant to F. R. Civ. P. 56 for summary judgment in their favor as to Count II (violation of the Plaintiff's right to equal protection of the law under the 14th Amendment to the United States Constitution against the individual Defendants, Manuel, Tsantiris and Lucas), Count III (violation of the Plaintiff's right to procedural due process under the 14th Amendment to the United States Constitution, brought pursuant to 42 U.S.C. § 1983, against Defendants Manuel, Tsantiris and Lucas), and Count IV (violation of the Plaintiff's right of free speech under the First Amendment to the United States Constitution, brought pursuant to 42 U.S.C. § 1983, against the individual Defendants, Manuel, Tsantiris and Lucas) of her Complaint on the grounds that the evidence submitted demonstrates there is no genuine dispute as to any material fact with respect to those counts, and the Plaintiff is entitled to

1

judgment thereon as a matter of law.  The grounds for the motion are more particularly set forth in the accompanying memorandum of law, Local Rule 56(a)1 Statement and the exhibits thereto.

The Plaintiff, NORIANA RADWAN

By: /s/   Jonathan J. Klein
Jonathan J. Klein (ct00513)
60 Lyon Terrace
Bridgeport, Connecticut  06604
Phone:  (203) 330-1900
Fax:  (203) 330-1526
E-mail:  jjkesq@hotmail.com

- and -

By:  /s/  Gregory J. Tarone
Gregory J. Tarone, Esq. (ct30272)
5020 Route 9W, Suite 104
Newburgh, NY  12550
Phone:  (845) 527-5424
Fax:  (845) 563-0461
Email:  Greg@TaroneEsq.com
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, a copy of the foregoing Plaintiff's Cross-Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/   Jonathan J. Klein
Jonathan J. Klein
