# EXHIBIT A

```
1               UNITED STATES DISTRICT COURT
2                  DISTRICT OF CONNECTICUT
3    - - - - - - - - - x
4    NORIANA RADWAN,              |
5            Plaintiff,           | Civil Action No.
                                    No. 3:16-CV-02091
6        vs.                      |
7    UNIVERSITY OF CONNECTICUT    |
     BOARD OF TRUSTEES, ET AL.,    May 2, 2018
8                                 |
             Defendants.
9    - - - - - - - - - x
10
11
12             DEPOSITION OF NORIANA RADWAN
13
14       Taken before Lynne Stein, CSR 110, a
     Notary Public within and for the State of
15   Connecticut, pursuant to Notice and Federal
     Rules of Civil Procedure, at the Office
16   of the Attorney General, 55 Elm Street,
     Hartford, Connecticut, on May 2, 2018,
17   commencing at 10:04 a.m.
18
19
20
21
22
23         FALZARANO COURT REPORTERS, LLC
                  4 Somerset Lane
24             Simsbury, CT 06070
                  860.651.0258
25      www.falzaranocourtreporters.com
```

```
 1    APPEARANCES:
 2
 3        For the Plaintiff:
 4            JONATHAN J. KLEIN, ESQ.
              1445 Capitol Avenue
 5            Bridgeport, CT 06604
              203.330.1900
 6            jjkesq@hotmail.com
 7                      -and-
 8            GREGORY J. TARONE, ESQ.
              5020 Route 9W, Suite 104
 9            Newburgh, NY 12550
              845.527.5424
10            Greg@TaroneEsq.com
11
12        For the Defendants:
13            ATTORNEY GENERAL, STATE OF CONNECTICUT
              P.O. Box 120
14            55 Elm Street
              Hartford, CT 06141
15            860.808.5160
              Rosemary.mcgovern@ct.gov
16        By: ROSEMARY M. McGOVERN, ESQ.
                 Assistant Attorney General
17
18
19
20
21
22
23
24
25
```

Falzarano Court Reporters, LLC

```
 1      Q    So there did come a time that you spoke
 2  to Warde Manuel relating to your inappropriate
 3  gesture at the conclusion of the UConn women's
 4  soccer game against USF, correct?
 5      A    Yes.
 6      Q    When did that conversation take place
 7  relating to the inappropriate gesture?
 8      A    Within the week that -- that same week
 9  that we talked about, the 10th to -- that Monday
10  through Friday is when I went to go see him.
11      Q    Okay.  And was anybody present?
12      A    It was me, Warde Manuel, I believe it
13  could have been like a secretary or something.  But
14  I don't remember anybody else being present besides
15  us two.
16      Q    What did she look like?
17      A    I don't remember.  I don't even know if
18  there was someone else there.  It was a big room.
19  I think it was only me and him.
20      Q    So you think that there was no one
21  present besides yourself and Warde Manuel?
22      A    Yup.
23      Q    Okay.  And so what did Warde Manuel say
24  to you about the inappropriate gesture?
25      A    So I approached him.  I took it upon
```

1  myself to go find his office and go see him in
2  person, just to walk in.  I didn't make an
3  appointment.  And I started off by apologizing
4  myself and saying I did not mean that, it was -- I
5  explained what happened and how I was just
6  celebrating and the camera caught me, and I was
7  just really happy that our team won.
8        And he was -- really casual demeanor,
9  and he said he understood and these things happen
10 and people make mistakes.
11       And I asked him if there was like any
12 chance I could lose my scholarship because of this,
13 and he said, I have no intention of pulling your
14 scholarship.
15    Q   Why did you think that there was a
16 possibility that your scholarship was in jeopardy?
17    A   Because the way that UConn released that
18 press release and the way that I was being
19 suspended from my team and ostracized, I felt that
20 they were taking it very harshly.  So I thought if
21 they're doing all this, maybe they want to take my
22 scholarship as well.
23    Q   What do you mean by ostracized?
24    A   The fact that I wasn't allowed to be
25 around my team at all in a setting.

```
 1        Q     Was anything else said in this
 2   conversation relating to your inappropriate
 3   gesture?
 4        A     No, just that he understood it was a
 5   mistake, and he knows what my intentions were after
 6   I explained it to him.  He kind of just like was
 7   very casual.  He kind of laughed it off, almost.
 8   And that's when I asked him about the scholorship,
 9   he said, I have no intentions of pulling it.  That
10   was that.
11        Q     He told you that he understood what your
12   intentions were?
13        A     Well, especially kind of saying that
14   people make mistakes.  After I told him, he said,
15   Yeah, I understand.  I don't know if he thought
16   that's what I meant to do at first, but that once I
17   told him, he understood it was a mistake and it was
18   something minor.
19        Q     So you explained what happened --
20        A     Uh-hum.
21        Q     -- at the conclusion of the game?
22        A     Yes.
23        Q     And your testimony is that he said he
24   understood that it was a mistake?
25        A     Yes.  He said, Mistakes happen.
```

```
 1        Q    As far as Mags Rodriguez, I'm going to
 2   ask the same line of questions.
 3        A    Uh-hum.
 4        Q    There come a time when you spoke to her
 5   about your inappropriate gesture at the end of the
 6   UConn/USF soccer game?
 7        A    Not that I recall.
 8        Q    You never spoke to her about your
 9   inappropriate gesture, with her?
10        A    No.  I don't remember having the same
11   sort of conversation that I had with Len and Warde
12   with her.  The first time we spoke was about when I
13   came to the selection show and she told me -- I was
14   trying to walk into the door, and she told me I
15   couldn't be there because of my suspension.
16        Q    Was there any other time -- so that was
17   like November 10th?
18        A    Yeah, I'd say so.
19        Q    So November 10th was the date of the
20   selection show?
21        A    Yes.  It happened on a Monday.
22        Q    That's when you spoke to Mags
23   Rodriguez --
24        A    Uh-hum.
25        Q    -- about your suspension from all team
```

```
 1   activities?
 2        A    Yeah.
 3        Q    Was there any other conversation that
 4   you had with Mags, whether it was on the phone or
 5   in person, relating to your suspension from team
 6   activities?
 7        A    Related to the suspension, no.
 8        Q    Was there a time that you -- did there
 9   come a time when you spoke to Mags Rodriguez about
10   your future on the soccer team after you were
11   indefinitely suspended from all women's soccer team
12   activities?
13        A    Not that I remember, no.
14        Q    No phone conversation or in-person
15   conversation?
16        A    Specify what time frame?
17        Q    This would be after you have been
18   suspended from all team activities.
19        A    But before my scholarship was
20   terminated?
21        Q    Yes.
22        A    Okay.  Then, no, we didn't have a
23   conversation that I remember.
24        Q    Did you have any conversation with Mags
25   Rodriguez about your scholarship?  After you've
```

```
 1   been suspended, did you have any conversation with
 2   her about --
 3             MS. McGOVERN:  Strike that.  I'm
 4        going to start over again.
 5   BY MS. McGOVERN:
 6        Q    Did you have any conversation with Mags
 7   Rodriguez about your future scholarship after you
 8   were suspended from all team activities?
 9        A    No.
10        Q    Did you have any conversation with Mags
11   Rodriguez after you were informed that, by Len
12   Tsantiris, that he had decided that your
13   scholarship was going to be terminated?
14        A    I believe she had a conversation with my
15   father, and she told my father that she does not
16   know why Len Tsantiris said that I can come back in
17   the fall, because I cannot.
18        Q    Was there anything else that you're
19   aware of that Mags told your father during that
20   conversation?
21        A    No.
22        Q    So the only thing that you knew that
23   Mags told your father --
24        A    Uh-hum -- sorry.  Let me rephrase that.
25             She reiterated the fact that my
```

1    A    Yes.
2    Q    You're saying now that he wasn't
3 suggesting that you take community college classes
4 so you could save money?
5    A    That's also another reason, because I
6 said I don't have enough -- less expensive also in
7 the sense that me transferring to another school, I
8 wouldn't have a scholarship for that.  I only had a
9 couple of weeks to find another school and I'd need
10 money for that.  So that would be the cheapest
11 option if I wanted to continue my education.
12    Q    There was nothing in here -- you didn't
13 talk to us previously about Len's statements to you
14 relating to transferring or not transferring to
15 another school and your ability to get a
16 scholarship.
17    A    Well, I did state that I asked if I
18 could appeal the decision.  He said he's not going
19 to help me find another school.  But also if I
20 didn't say anything and I just accepted the
21 decision, that he would help me transfer.
22    Q    Now I'm hearing that he did in fact talk
23 to you about transferring to another school and
24 that that apparently was an option.  Right?
25    A    Yeah.  We were discussing other

```
1      Q    So that means you did not mean to show
2  your middle finger?
3      A    I did not, no.  It just happened.  I did
4  not calculate it.
5      Q    Okay.  You didn't mean to do that?
6      A    No.
7      Q    Okay.  After you're informed that your
8  scholarship is terminated, you said that you talked
9  to your parents.  Okay.  What did you do besides
10 talk to your parents?
11     A    Emotionally I broke down, but I just was
12 with my parents at the time.
13     Q    What do you mean by emotionally you
14 broke down?
15     A    I was in shock and I was crying, and I
16 was really confused.
17     Q    Anything else as far as emotionally
18 breaking down?
19     A    No.  I was just like -- I remember
20 was -- the best way I can describe it is I was in
21 shock.
22     Q    So you were crying, you were confused,
23 you were shocked.
24     A    Yes.
25     Q    Anything else that you suffered
```

1  immediately after you found out your scholarship
2  was terminated?
3      A    I couldn't eat that day.
4      Q    Anything else?
5      A    I didn't talk to anybody besides my
6  parents.
7      Q    Did you feel any other symptom of, you
8  know, your --
9      A    I was extremely pained.  Like
10 emotionally pained.
11     Q    So you were crying immediately
12 afterwards?
13     A    Yes.
14     Q    How long did you cry for?
15     A    I was shocked at first, and then I cried
16 for all night.
17     Q    And did you cry over that any longer
18 than just that evening, that night?
19     A    I cried all over my first semester, my
20 second semester at Hofstra.  When I went back to
21 visit at UConn.
22     Q    Describe the severity of that, when you
23 cried.
24     A    Specifically crying?
25     Q    Yes, just crying.

1   A   I try not to -- I didn't show a lot of
2 emotion to my teammates at Hofstra. But I spent
3 every night alone in my room. I was crying over it
4 every time walking into my dorm building, because
5 it didn't look like the one at UConn.
6   Q   I'm sorry. Because what?
7   A   Because I would walk into Hofstra, and
8 realizing it wasn't UConn. It would hit me a lot
9 there. When I was like texting and FaceTiming my
10 friends from UConn, it hit me there. When I was
11 eating lunch by myself every day at Hofstra, it
12 would hit me all the time then.
13   Q   So how long did this go on for, that you
14 were crying every day?
15   A   I'd say almost the entire first semester
16 at Hofstra.
17   Q   When did that start to subside?
18   A   I'd say it never fully subsided, but --
19 it still hasn't ever fully subsided. But just kind
20 of -- I had to mentally pull myself together or
21 else I wasn't going to have any friends at Hofstra,
22 and I wasn't ever going to do well at soccer or my
23 school work. So I had to kind of separate my
24 emotions, sort of, when I'm in the classroom, when
25 I'm in school, when I'm in the classroom, on the

```
1    field.  So I started doing that in the beginning of
2    the fall semester of my sophomore year.
3         Q    Is it your testimony you cried every day
4    from the time your scholarship was terminated until
5    the beginning of the fall semester, 2015?
6         A    Well, almost every single day, until
7    probably the end of the school year of the spring
8    semester, when I was able to go back home and kind
9    of take a break.
10        Q    What happened over the summer as far as
11   crying?
12        A    I mean, I was still upset about it,
13   because I can't forget about it.  I don't remember
14   any physically -- like exactly what I did every
15   single day.  But it still haunts me to this day.
16   But I had to just -- I did a lot of just playing
17   soccer, running, getting fit.  I was doing physical
18   therapy, kind of focusing on having a successful
19   fall season at Hofstra.
20        Q    It sounds like at some point you stopped
21   crying around fall 2015.  You stopped crying every
22   day.
23        A    (Nodding affirmatively.)
24        Q    Okay.  You continued to cry at times?
25        A    Yup.
```

```
 1      Q    Yes?
 2      A    Yes.
 3      Q    When did that stop?
 4      A    It didn't.
 5      Q    So relating to specifically your
 6   scholarship being terminated --
 7      A    Relating to --
 8      Q    -- or the events you allege in your
 9   complaint?
10      A    The events, everything that led to it.
11      Q    As far as the confusion that you said
12   you experienced after the -- you were notified that
13   your scholarship was being terminated, was that
14   different from feeling shocked?
15      A    I'd say it was related to, because I was
16   trying to process just what went on and what was
17   going on in my head, because -- hearing the words
18   that I'm out of the university was mentally like
19   groundbreaking for me.  So I was still not like --
20   I couldn't even mentally accept it at the time.  So
21   I'd say it was to go along with the shock.
22      Q    How long did that confusion or shock
23   last?
24      A    Pretty much until I got to Hofstra and I
25   realized that I'm really no longer at UConn and --
```

```
 1   yeah.
 2        Q    Okay.  As far as not being able to
 3   eat -- you said you couldn't eat that day after you
 4   were notified about your scholarship being
 5   terminated.
 6        A    (Nodding affirmatively.)
 7        Q    How long did that last, not having an
 8   appetite?
 9        A    I'd probably say like a couple weeks.
10        Q    You said you didn't talk to anyone
11   immediately after, except for your parents, after
12   you were notified about your scholarship being
13   terminated.  When did you resume talking to people?
14        A    I told kind of my close friends from
15   home within like a couple of days, and then I began
16   to reach out at my friends from UConn once I
17   realized the decision was final.
18        Q    Any other symptoms or feelings that you
19   felt emotional distress, pain and suffering?
20        A    I just felt like I failed overall as a
21   person because I feel like -- I feel like I was
22   treated so harshly for something that I didn't
23   think -- that I didn't think I could -- you really
24   treat so harshly for, for lack of a better term.
25             And I felt like I wasn't good enough,
```

```
 1   and just the heat of it, I could just be thrown out
 2   of the university so like randomly and harshly.
 3   That's what really hurt a lot to me.
 4            And the -- thinking about how my life
 5   was going to turn out now because UConn's where I
 6   always wanted to be, and I never really thought of
 7   a future where I wasn't going to UConn.  And I
 8   never thought of a what-if, because I thought
 9   that's where I was going to be all four years.
10            And I made secure relationships.  And I
11   was having anxiety about now trying to find my home
12   for the next three and a half years, and I had to
13   do that in a three-week span or less because the
14   schools were starting.
15        Q    You said you were thrown out of UConn.
16   That's not accurate, is it?
17                 MR. KLEIN:  Objection,
18        argumentative.
19   BY MS. McGOVERN:
20        Q    Please answer the question.
21        A    No.
22        Q    You lost your scholarship?
23        A    Yes.
24        Q    You could have returned to UConn in the
25   spring of 2015?
```