UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORIANA RADWAN, | : Notice of Appeal |
| Plaintiff, | : |
| VS. | : Civil Action No. 3:16-cv-02091 (VAB) |
| UNIVERSITY OF CONNECTICUT BOARD OF TRUSTEES, WARDE MANUEL, LEONARD TSANTIRIS, and MONA LUCAS, individually, | : : |
| Defendants. | : July 3, 2020 |

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Notice is hereby given that Noriana Radwan, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the District of Connecticut, entered in this action on June 26, 2020 (ECF No. 113), granting judgment in favor of the Defendants, University of Connecticut Board of Trustees, Warde Manuel, Leonard Tsantiris and Mona Lucas and closing the case, and from all orders and rulings adverse to the Plaintiff in this case, including the order entered on December 14, 2017 (ECF No. 29), granting in part and denying in part the Defendants' motion to dismiss, and the order entered on June 6, 2020 (ECF No. 112), granting the Defendants' motion for summary judgment and denying the Plaintiff's cross-motion for summary judgment.

The Plaintiff, NORIANA RADWAN

By: /s/   Jonathan J. Klein
Jonathan J. Klein (ct00513)
60 Lyon Terrace
Bridgeport, Connecticut  06604
Phone:  (203) 330-1900
Fax:  (203) 330-1526
Email:  jjkesq@hotmail.com

- and -

By:  /s/  Gregory J. Tarone
Gregory J. Tarone, Esq. (ct30272)
118 North Bedford Road, Suite 100
Mount Kisco, New York  10549
Phone:  (914) 864-3354
Fax:  (203) 826-7896
Email:  Greg@TaroneEsq.com
Her Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/   Jonathan J. Klein
Jonathan J. Klein