APPEAL,CLOSED,EFILE,REFCNF,WIG

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:16-cv-02091-VAB

Radwan v. University of Connecticut Board of Trustees et al
Assigned to: Judge Victor A. Bolden
Referred to: Judge William I. Garfinkel (Settlement)
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 12/19/2016
Date Terminated: 06/26/2020
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Noriana Radwan**    represented by   **Gregory John Tarone**
Gregory J. Tarone, Attorney & Counselor at Law
Attorney & Counselor At Law
118 North Bedford Road
Suite 100
Mount Kisco, NY 10549
845-527-5424
Fax: 203-826-7896
Email: Greg@TaroneEsq.com
*ATTORNEY TO BE NOTICED*

**John J. Radshaw , III**
900 Chapel Street
Suite 620
New Haven, CT 06510
203.654.9695
Fax: 203.721.6182
Email: jjr@jjr-esq.com
*TERMINATED: 01/18/2018*
*ATTORNEY TO BE NOTICED*

**Jonathan Joseph Klein**
Jonathan J. Klein, ESQ.
60 Lyon Terrace
Bridgeport, CT 06604
203-330-1900
Fax: 203-330-1526
Email: jjkesq@hotmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| **University of Connecticut Board of Trustees** *Individually and in their official capacities* | represented by | **Joseph A. Jordano** Office of Attorney General, State of CT Civil Rights/Torts 165 Capitol Avenue Hartford, CT 06106 860-808-5160 Fax: 860-808-5084 Email: joseph.jordano@ct.gov *ATTORNEY TO BE NOTICED* **Rosemary Miller McGovern** Attorney General's Office -Elm Htfd 55 Elm Street P.O. Box 120 Hartford, CT 06141 860-808-5210 Email: rosemary.mcgovern@ct.gov *ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** | | |
| **Warde Manuel** *Individually and in their official capacities* | represented by | **Joseph A. Jordano** (See above for address) *ATTORNEY TO BE NOTICED* **Rosemary Miller McGovern** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Leonard Tsantiris** *Individually and in their official capacities* | represented by | **Joseph A. Jordano** (See above for address) *ATTORNEY TO BE NOTICED* **Rosemary Miller McGovern** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Mona Lucas** *Individually and in their official capacities* | represented by | **Joseph A. Jordano** (See above for address) *ATTORNEY TO BE NOTICED* **Rosemary Miller McGovern** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | | |
|---|---|---|---|
| 12/19/2016 | | 1 | COMPLAINT against Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees, filed by Noriana Radwan. (Attachments: # 1 Exhibits)(Fazekas, J.) (Entered: 12/21/2016) |
| 12/19/2016 | | | Filing fee received from Gregory J. Tarone: $400.00, receipt number CTXB00007716. (Fazekas, J.) (Entered: 12/21/2016) |
| 12/19/2016 | | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 3/19/2017. Amended Pleadings due by 2/17/2017. Discovery due by 6/20/2017. Dispositive Motions due by 7/20/2017.<br>Signed by Clerk on 12/19/2016.(Fazekas, J.) (Entered: 12/21/2016) |
| 12/19/2016 | | 3 | STANDING PROTECTIVE ORDER<br>Signed by Judge Victor A. Bolden on 12/19/2016.(Fazekas, J.) (Entered: 12/21/2016) |
| 12/21/2016 | | 4 | NOTICE TO COUNSEL/PRO SE PARTIES : Counsel or pro se parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 Order on Pretrial Deadlines, 3 Standing Protective Order, 1 Complaint filed by Noriana Radwan<br>Signed by Clerk on 12/21/2016.(Fazekas, J.) (Entered: 12/21/2016) |
| 12/21/2016 | | 5 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees* with answer to complaint due within *21* days. Attorney *Noriana Radwan* *70 Holly Loop* *Wappingers Falls, NY 12590* (Fazekas, J.) (Entered: 12/21/2016) |
| 03/24/2017 | | 6 | SUMMONS Returned Executed by Noriana Radwan. Mona Lucas served on 3/17/2017, answer due 4/7/2017; Warde Manuel served on 3/15/2017, answer due 4/5/2017; Leonard Tsantiris served on 3/23/2017, answer due 4/13/2017; University of Connecticut Board of Trustees served on 3/17/2017, answer due 4/7/2017. (Fazekas, J.) (Entered: 03/29/2017) |
| 04/05/2017 | | 7 | NOTICE of Appearance by Rosemary Miller McGovern on behalf of Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees (McGovern, Rosemary) (Entered: 04/05/2017) |
| 04/05/2017 | | 8 | NOTICE of Appearance by Joseph A. Jordano on behalf of Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees (Jordano, Joseph) (Entered: 04/05/2017) |
| 04/05/2017 | | 9 | MOTION for Extension of Time until May 5, 2017 to file a responsive pleading to plaintiff's complaint [doc.1] 1 Complaint by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 04/05/2017) |
| 04/07/2017 | | 10 | ORDER granting 9 Motion for Extension of Time until 5/5/2017 for Defendants to file a responsive pleading to the Complaint. Signed by Judge Victor A. Bolden on 4/7/2017. (Chen, C.) (Entered: 04/07/2017) |
| 04/10/2017 | | | Answer deadline updated for Mona Lucas to 5/5/2017; Warde Manuel to 5/5/2017; Leonard Tsantiris to 5/5/2017; University of Connecticut Board of Trustees to 5/5/2017. (Perez, J.) (Entered: 04/10/2017) |

| | | | |
|---|---|---|---|
| 05/05/2017 | 11 | Second MOTION for Extension of Time until June 4, 2017 to file a responsive pleading by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 05/05/2017) | |
| 05/08/2017 | 12 | ORDER granting 11 Motion for Extension of Time. Responsive pleading due 6/4/2017. Signed by Judge Victor A. Bolden on 5/8/2017.(Ghosh, S.) (Entered: 05/08/2017) | |
| 05/08/2017 | | Answer deadline updated for Mona Lucas to 6/5/2017; Warde Manuel to 6/5/2017; Leonard Tsantiris to 6/5/2017; University of Connecticut Board of Trustees to 6/5/2017. (Fazekas, J.) (Entered: 05/08/2017) | |
| 06/05/2017 | 13 | MOTION to Dismiss by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees.Responses due by 6/26/2017 (Attachments: # 1 Memorandum in Support)(McGovern, Rosemary) (Entered: 06/05/2017) | |
| 06/05/2017 | 14 | NOTICE by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees re 13 MOTION to Dismiss *Notice to Self-Represented Litigant (as required by Local Rule 12(a))* (McGovern, Rosemary) (Entered: 06/05/2017) | |
| 06/05/2017 | 15 | ANSWER to 1 Complaint with Affirmative Defenses by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 06/05/2017) | |
| 06/05/2017 | 16 | NOTICE of Appearance by Gregory John Tarone on behalf of Noriana Radwan (Tarone, Gregory) (Entered: 06/05/2017) | |
| 06/16/2017 | 17 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 6/16/2017.(Fazekas, J.) (Entered: 06/16/2017) | |
| 06/20/2017 | 18 | REPORT of Rule 26(f) Planning Meeting. (McGovern, Rosemary) (Entered: 06/20/2017) | |
| 06/21/2017 | 19 | SCHEDULING ORDER: Telephonic Status Conference set for 7/6/2017 10:00 AM before Judge Victor A. Bolden to discuss parties' recently submitted report. Once all parties are on the line, please call chambers at (203) 579-5562. Signed by Judge Victor A. Bolden on 6/21/2017.(Ghosh, S.) (Entered: 06/21/2017) | |
| 06/26/2017 | 20 | RESPONSE *to Motion to Dismiss* filed by Noriana Radwan. (Tarone, Gregory) (Entered: 06/26/2017) | |
| 06/27/2017 | 21 | Supplemental AFFIDAVIT re 20 Response Signed By Michele VonEisengrein filed by Noriana Radwan. (Tarone, Gregory) (Entered: 06/27/2017) | |
| 07/06/2017 | 22 | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference held on 7/6/2017. Total Time: 0 hours and 5 minutes(Court Reporter S. Montini.) (Ghosh, S.) (Entered: 07/06/2017) | |
| 07/06/2017 | 23 | SCHEDULING ORDER: Plaintiff to to join additional parties and amend pleadings by 12/15/2017; Defendant to join additional parties and amend pleadings by 1/16/2018; Plaintiff to Designate Experts by 1/16/2018; Deposition of Plaintiff's Experts by 2/2/2018; Damages Analysis by 3/2/2018; Defendants to Designate | |

| | | |
|---|---|---|
| | | Experts by 3/2/2018; Deposition of Defendants' Experts by 5/4/2018; Discovery due by 6/22/2018; Post-Discovery Status Conference set for 7/12/2018 11:00 AM before Judge Victor A. Bolden; once all parties are on the line, please call chambers at (203) 579-5562; Dispositive Motions due by 9/7/2018; Joint Trial Memorandum to be filed 30 days after the Court rules on dispositive motions; trial ready date 30 days after the Joint Trial Memorandum is submitted. Signed by Judge Victor A. Bolden on 7/6/2017.(Ghosh, S.) (Entered: 07/06/2017) |
| 07/06/2017 | 24 | CASE REFERRED to Magistrate Judge William I. Garfinkel for settlement confernece. (Ghosh, S.) (Entered: 07/06/2017) |
| 07/14/2017 | 25 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Pre-Settlement Conference set for 7/19/2017 @ 2:00 PM before Judge William I. Garfinkel. Counsel for the plaintiff shall initiate this call. Once all parties are on the line, contact Chambers at 203-579-5593. A date for the settlement conference will be set during the telephone call. As the Court requires parties or their representatives with settlement authority to attend the settlement conference, counsel should obtain dates of unavailability from their clients over the next 190 days and have their own calendars available to aid in the scheduling. During the telephone call, counsel should be prepared to discuss what information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the discussions to be productive. This telephone conference will not be rescheduled based on requests from counsel. If counsel is not available at the scheduled time, please arrange for coverage by another lawyer who will have the necessary background knowledge to participate. (Sanders, C.) (Entered: 07/14/2017) |
| 07/19/2017 | 26 | Minute Entry for proceedings held before Judge William I. Garfinkel: Telephone Pre-Settlement Conference held on 7/19/2017, (A Follow-up Telephone Status Pre-Settlement Conference is set for 1/8/2018 @1:30 PM before Judge William I. Garfinkel. Plaintiff's Counsel is requested to initiate this phone call. Once all counsel are on the line, contact chambers at 203-579-5593). 30 minutes (Sanders, C.) (Entered: 07/19/2017) |
| 11/15/2017 | 27 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing re: 13 Motion to Dismiss set for 12/7/2017 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Giammatteo, J.) (Entered: 11/15/2017) |
| 12/05/2017 | | Motion hearing, scheduled for 12/7/2017, is cancelled. The Court will issue its ruling on the papers.<br>Signed by Judge Victor A. Bolden on 12/5/2017.(Giammatteo, J.) (Entered: 12/05/2017) |
| 12/05/2017 | 28 | NOTICE of Appearance by John J. Radshaw, III on behalf of Noriana Radwan (Radshaw, John) (Entered: 12/05/2017) |
| 12/14/2017 | 29 | ORDER granting in part and denying in part 13 Motion to Dismiss. Count I of the Complaint will proceed against Defendant UConn. Counts II through VI will proceed against Defendants Manuel, Tsantiris, and Lucas in their individual capacitiesonly. Any claims against Manuel, Tsantiris, and Lucas in their official |

| | | |
|---|---|---|
| | | capacities are dismissed, as are Counts V and VI with respect to Defendant UConn. Signed by Judge Victor A. Bolden on 12/14/2017. (Giammatteo, J.) (Entered: 12/14/2017) |
| 01/02/2018 | 30 | MOTION to Compel by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees.Responses due by 1/23/2018 (Attachments: # 1 Memorandum in Support)(McGovern, Rosemary) (Entered: 01/02/2018) |
| 01/02/2018 | 31 | NOTICE by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees re 30 MOTION to Compel *Certificate of Good Faith* (McGovern, Rosemary) (Entered: 01/02/2018) |
| 01/03/2018 | 32 | ORDER denying 30 Motion to Compel without prejudice to renewal after compliance with the Court's practices. The Court will hold a telephonic discovery conference on 1/11/2018. Brief written submissions, as provided for under the Court's practices, shall be filed by 1/9/2018. Signed by Judge Victor A. Bolden on 1/3/2018. (Giammatteo, J.) (Entered: 01/03/2018) |
| 01/03/2018 | 33 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 1/11/2018 at 03:00 PM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 01/03/2018) |
| 01/08/2018 | 34 | Parties agreed not to go forward with the follow-up telephone pre-settlement conference scheduled January 8, 2018. Parties are invited to contact the court when ready to schedule a settlement conference. (Sanders, C.) (Entered: 01/08/2018) |
| 01/09/2018 | 35 | RESPONSE re 32 Order on Motion to Compel, *Brief Submission Regarding Discovery Dispute* filed by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 01/09/2018) |
| 01/11/2018 | 36 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 1/11/2018 at 03:00 PM* Telephonic Status Conference set for 1/11/2018 at 04:00 PM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 01/11/2018) |
| 01/11/2018 | 37 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 1/11/2018 at 04:00 PM* Status Conference set for 1/17/2018 at 09:00 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 01/11/2018) |
| 01/17/2018 | 38 | MOTION for John Radshaw to Withdraw as Attorney by Noriana Radwan. (Radshaw, John) (Entered: 01/17/2018) |
| 01/17/2018 | 39 | ORDER: The Court sets the following schedule:<br>Plaintiff's Response to Outstanding Discovery Requests due by 1/26/2018.<br>Parties shall submit a proposed amended schedule by 1/31/2018.<br>The Court will address the proposed order in a telephonic status conference on 2/2/2018 at 10:00 a.m.<br>Signed by Judge Victor A. Bolden on 1/17/2018.(Giammatteo, J.) (Entered: |

| | | |
|---|---|---|
| | | 01/17/2018) |
| 01/17/2018 | 40 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 2/2/2018 at 11:00 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 01/17/2018) |
| 01/18/2018 | 41 | ORDER granting 38 Motion to Withdraw as Attorney. Attorney John J. Radshaw, III terminated. Signed by Judge Victor A. Bolden on 1/18/2018. (Giammatteo, J.) (Entered: 01/18/2018) |
| 01/18/2018 | | Set Deadlines/Hearings: Proposed Amended Schedule due by 1/31/2018 (Perez, J.) (Entered: 01/18/2018) |
| 01/31/2018 | 42 | First MOTION for Extension of Time until February 14, 2018 Proposed Amended Schedule by Noriana Radwan. (Tarone, Gregory) (Entered: 01/31/2018) |
| 02/01/2018 | 43 | ORDER granting 42 Motion for Extension of Time. Proposed schedule due by 2/14/2018. Telephonic status conference will be held on 2/20/2018 at 11:30 a.m. Signed by Judge Victor A. Bolden on 2/1/2018. (Giammatteo, J.) (Entered: 02/01/2018) |
| 02/01/2018 | 44 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 2/2/2018 at 11:00 AM* Telephonic Status Conference set for 2/20/2018 at 11:30 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 02/01/2018) |
| 02/07/2018 | 45 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference held on 1/17/2018. Total Time: 0 hours and 6 minutes(Court Reporter S. Montini.) (Giammatteo, J.) (Entered: 02/07/2018) |
| 02/13/2018 | 46 | NOTICE of Appearance by Jonathan Joseph Klein on behalf of Noriana Radwan (Klein, Jonathan) (Entered: 02/13/2018) |
| 02/13/2018 | 47 | PROPOSED ORDER re 23 Scheduling Order,,, 43 Order on Motion for Extension of Time, 39 Order, by Noriana Radwan. (Klein, Jonathan) (Entered: 02/13/2018) |
| 02/14/2018 | 48 | AMENDED SCHEDULING ORDER:Amended Scheduling Order: The Court adopts the parties' 47 proposed schedule. The Scheduling Order will be amended as follows:<br>Plaintiff's Designation of Expert Witnesses and Reports due by 4/13/2018.<br>Depositions of Plaintiff's Experts due by 5/18/2018.<br>Damages Analysis due by 5/18/2018.<br>Defendants' Designation of Expert Witnesses and Reports due by 5/25/2018.<br>Depositions of Defendants' Experts due by 6/29/2018.<br>Completion of discovery (all responses due and depositions of parties and fact witnesses) due by 8/24/2018.<br>Dispositive Motions due by 10/5/2018.<br>Joint Trial Memorandum due 30 days after the Court's ruling on Dispositive Motions.<br>Trial Ready date 30 days after filing of Joint Trial Memorandum. |

| | | |
|---|---|---|
| | | The Court will hold a telephonic status conference on August 30, 2018 at 10:30 a.m. Once all counsel are on the line, please call Chambers at (203) 579-5562. Signed by Judge Victor A. Bolden on 2/14/2018.(Giammatteo, J.) (Entered: 02/14/2018) |
| 02/14/2018 | 49 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 7/12/2018 at 11:00 AM* Status Conference set for 8/30/2018 at 10:30 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 02/14/2018) |
| 02/21/2018 | 50 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference held on 2/20/2018. Total Time: 0 hours and 3 minutes(Court Reporter S. Montini.) (Giammatteo, J.) (Entered: 02/21/2018) |
| 04/05/2018 | 51 | MOTION for Extension of Time until April 30, 2018 Disclose Expert Witness Report by Noriana Radwan. (Klein, Jonathan) (Entered: 04/05/2018) |
| 04/06/2018 | 52 | ORDER granting 51 Motion for Extension of Time. Plaintiff's Disclosure of Expert Report due by 4/30/2018. Signed by Judge Victor A. Bolden on 4/6/2018. (Giammatteo, J.) (Entered: 04/06/2018) |
| 05/16/2018 | 53 | First MOTION for Extension of Time until 07/02/2018 and 07/09/2018 TO DEPOSE PLAINTIFF'S EXPERT AND TO DESIGNATE EXPERT AND DISCLOSE EXPERT'S REPORT 48 Scheduling Order,,,, by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 05/16/2018) |
| 05/17/2018 | 54 | ORDER granting 53 Motion for Extension of Time. Deposition of Plaintiff's Expert due by 7/2/2018.<br>Defendants' Designation of Expert Witnesses and Reports due by 7/9/2018. Signed by Judge Victor A. Bolden on 5/17/2018. (Giammatteo, J.) (Entered: 05/17/2018) |
| 06/19/2018 | 55 | PROPOSED ORDER re 48 Scheduling Order,,,, *Modified, Joint by Noriana Radwan (Klein, Jonathan) (Tarone, Gregory)* by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 06/19/2018) |
| 07/19/2018 | 56 | AMENDED SCHEDULING ORDER.<br>Signed by Judge Victor A. Bolden on 7/19/2018.(Giammatteo, John) (Entered: 07/19/2018) |
| 07/19/2018 | 57 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 8/30/2018 at 10:30 AM* Telephonic Status Conference set for 11/8/2018 at 11:00 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, John) (Entered: 07/19/2018) |
| 08/29/2018 | 58 | MOTION for Leave to File *Supplement to Defendants' Answer [Dkt. 15]* by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (Attachments: # 1 Supplement Answer)(McGovern, Rosemary) (Entered: 08/29/2018) |

| | | | |
|---|---|---|---|
| 08/29/2018 | 59 | Consent MOTION for Settlement *Conference* by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 08/29/2018) |
| 08/29/2018 | 60 | Joint MOTION to Stay re 56 Scheduling Order *Pending Settlement Conference* by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees.Responses due by 9/19/2018 (McGovern, Rosemary) (Entered: 08/29/2018) |
| 08/30/2018 | 61 | ORDER granting 59 Motion for Settlement. Signed by Judge Victor A. Bolden on 08/30/18. (Ryan, Sarah) (Entered: 08/30/2018) |
| 08/30/2018 | 62 | ORDER REFERRING CASE to Magistrate Judge William I. Garfinkel for Settlement. Signed by Judge Victor A. Bolden on 08/30/18. (Ryan, Sarah) (Entered: 08/30/2018) |
| 08/30/2018 | 63 | ORDER granting 60 Motion to Stay. The Court construes the Motion to Stay as a Motion to Amend the Scheduling Order to modify all remaining deadlines until 30 days after the parties Conference with Judge Garfinkel. Signed by Judge Victor A. Bolden on 08/30/18. (Ryan, Sarah) (Entered: 08/30/2018) |
| 09/07/2018 | 64 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Pre-Settlement Conference set for 9/27/2018 @1:30 PM before Judge William I. Garfinkel. Counsel for the plaintiff shall initiate this call. Once all parties are on the line, contact Chambers at 203-579-5593. A date for the settlement conference will be set during the telephone call. As the Court requires parties or their representatives with settlement authority to attend the settlement conference, counsel should obtain dates of unavailability from their clients over the next 190 days and have their own calendars available to aid in the scheduling. During the telephone call, counsel should be prepared to discuss what information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the discussions to be productive. This telephone conference will not be rescheduled based on requests from counsel. If counsel is not available at the scheduled time, please arrange for coverage by another lawyer who will have the necessary background knowledge to participate. (Sanders, C.) (Entered: 09/07/2018) |
| 09/27/2018 | 65 | Minute Entry for proceedings held before Judge William I. Garfinkel: Telephone Pre-Settlement Conference held on 9/27/2018, (Settlement Conference set for 11/8/2018 @ 10:30 AM in Magistrate Judge Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel. Counsel shall check in with Judge Garfinkel's chambers, room 429 prior to the conference. The settlement conference order is attached for review). 30 minutes (Sanders, C.) (Entered: 09/28/2018) |
| 10/29/2018 | 66 | ORDER denying 58 Motion for Leave to File, without prejudice and subject to renewal, because the case is stayed and the parties are in a settlement conference before Judge William I. Garfinkel. Signed by Judge Victor A. Bolden on 10/29/18. (Ryan, Sarah) (Entered: 10/29/2018) |
| 10/31/2018 | 67 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement |

| | | |
|---|---|---|
| | | Conference is rescheduled to 11/9/2018 @1:30 PM in Magistrate Judge Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel. Counsels shall check in with Judge Garfinkel's chambers, room 429 prior to the conference. The settlement conference order, document 65 shall remain in effect. So Ordered by Judge William I. Garfinkel. (Sanders, C.) (Entered: 10/31/2018) |
| 11/29/2018 | 68 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement Conference is rescheduled to 2/11/2019 @11:00 AM in Magistrate Judge Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel. Counsel shall check in with Judge Garfinkel's chambers, room 429 prior to the conference. (Sanders, C.) (Entered: 11/29/2018) |
| 02/11/2019 | 69 | Minute Entry for proceedings held before Judge William I. Garfinkel: Settlement Conference held on 2/11/2019. Case not settled. No follow-up scheduled unless all parties are interested. Total Time: 2 hours and 30 minutes (Sanders, C.) (Entered: 02/11/2019) |
| 02/27/2019 | 70 | MOTION to Preclude Expert Witness Report and Testimony by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees.Responses due by 3/20/2019 (Attachments: # 1 Memorandum in Support with exhibits)(McGovern, Rosemary) (Entered: 02/27/2019) |
| 03/20/2019 | 71 | Memorandum in Opposition re 70 MOTION to Preclude Expert Witness Report and Testimony filed by Noriana Radwan. (Attachments: # 1 Exhibit A (Curriculum Vitae of Donna A. Lopiano, Ph.D.)(Klein, Jonathan) (Entered: 03/20/2019) |
| 04/01/2019 | 72 | REPLY to Response to 70 MOTION to Preclude Expert Witness Report and Testimony filed by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 04/01/2019) |
| 05/16/2019 | 73 | Order denying 70 motion to preclude, without prejudice to renewal following the close of discovery. Defendants move to preclude the report and testimony of Plaintiff's expert, Dr. Donna Lopiano, before her deposition on relevance and reliability grounds. Defendants do not argue that Dr. Lopiano, who, among other things, holds a Ph.D. in Physical Education, co-authored the *Athletic Director's Desk Reference* (2013), served in various administrative capacities at colleges and universities throughout the nation, and testified in court previously, is unqualified to serve as an expert. Rather, Defendants argue that Dr. Lopiano's opinions should be excluded under Federal Rules of Evidence 403, 701, and 702. In support of their motion, Defendants submit an incomplete version of Dr. Lopiano's draft report (e.g., referring to but not including exhibit MM), but not the report in its entirety. Given the age of this case, the incompleteness of the record, the stage of this litigation (i.e., discovery), and the Court's inherent authority to manage its docket with a "view toward the efficient and expedient resolution of cases," *Deitz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016), the Court denies Defendants' motion 70 without prejudice to the possibility of renewal following the close of discovery. Signed by Judge Victor A. Bolden on 05/16/19. (Ryan, Sarah) (Entered: 05/16/2019) |

| 05/21/2019 | 74 | AMENDED SCHEDULING ORDER<br><br>Depositions of Plaintiff's Expert Witnesses by 6/21/19.<br>Defendant's Disclosure of Expert Witnesses and Reports by 07/12/19.<br>Depositions of Defendants' Expert Witnesses by 08/16/2019.<br>Completion of Discovery by 08/30/2019.<br>Post-Discovery Telephonic Status Conference to be held on 9/5/19 at 10:30 a.m. (Once all counsel are on the line, please call Chambers at (203) 579-5562.)<br>Dispositive Motions by 11/11/2019.<br>Joint Trial Memorandum by 30 days after the Court's ruling on Dispositive Motions.<br>Trial Ready 30 days following the filing of the Joint Trial Memorandum.<br><br>Signed by Judge Victor A. Bolden on 05/21/19. (Ryan, Sarah) Modified on 5/24/2019 (Perez, J.). (Entered: 05/21/2019) |
| --- | --- | --- |
| 05/23/2019 | [75](#) | MOTION for Extension of Time until July 5, 2019 - August 30, 2019, fourteen (14) days *as to the following events:* Depositions of Plaintiff's expert witnesses, Defendants' disclosure of expert witnesses and reports and Depositions of Defendants' expert witnesses 74 Scheduling Order,, by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 05/23/2019) |
| 05/24/2019 | 76 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.Post-Discovery Telephonic Status Conference set for 9/5/2019 10:30 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Perez, J.) (Entered: 05/24/2019) |
| 05/24/2019 | 77 | ORDER granting [75](#) Motion for Extension of Time. Signed by Judge Victor A. Bolden on 05/24/19. (Ryan, Sarah) (Entered: 05/24/2019) |
| 05/24/2019 | 78 | Amended SCHEDULING ORDER:<br><br>Depositions of Plaintiff's Expert Witnesses by 7/5/19.<br>Defendant's Disclosure of Expert Witnesses and Reports by 07/26/19.<br>Depositions of Defendants' Expert Witnesses by 08/30/2019.<br>Completion of Discovery by 09/13/2019.<br>Post-Discovery Telephonic Status Conference to be held on 9/19/19 at 10:30 a.m. (Once all counsel are on the line, please call Chambers at (203) 579-5562.)<br>Dispositive Motions by 11/29/2019.<br>Joint Trial Memorandum by 30 days after the Court's ruling on Dispositive Motions.<br>Trial Ready 30 days following the filing of the Joint Trial Memorandum.<br><br>Signed by Judge Victor A. Bolden on 05/24/19.<br>(Ryan, Sarah) (Entered: 05/24/2019) |
| 05/29/2019 | 79 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 9/5/2019* Post-Discovery Telephonic Status Conference set for 9/19/2019 10:30 AM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) |

| | | |
|---|---|---|
| | | 579-5562. (Perez, J.) (Entered: 05/29/2019) |
| 07/12/2019 | 80 | First MOTION for Extension of Time until August 2, 2019 to designate an expert with expert report by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 07/12/2019) |
| 07/15/2019 | 81 | ORDER granting 80 First MOTION for Extension of Time until August 2, 2019 to designate an expert with expert report by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. Signed by Judge Victor A. Bolden on 07/15/19. (Ryan, Sarah) (Entered: 07/15/2019) |
| 09/17/2019 | 82 | NOTICE OF E-FILED CALENDAR. *RESET FROM 9/19/2019 at 10:30am.* Telephonic Status Conference set for 9/19/2019 at 2:30 PM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Leon, Noel) (Entered: 09/17/2019) |
| 09/19/2019 | 83 | Minute Entry for proceedings held before Judge Victor A. Bolden: Post-Discovery Telephonic Status Conference held on 9/19/2019. Total time: 2 minutes(Court Reporter S. Montini.) (Leon, Noel) (Entered: 09/19/2019) |
| 10/21/2019 | 84 | Joint MOTION to Seal supplemental answer to plaintiff's complaint; defendants' memorandum of law in support of motion for summary judgment; defendants' local rule 56(a)(1) statement of undisputed facts; and affidavits in support of summary judgment. Plaintiff's motion for sumary judgment and supporting documents. by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 10/21/2019) |
| 10/21/2019 | 85 | MOTION for Leave to File Excess Pages by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 10/21/2019) |
| 10/22/2019 | 86 | ORDER granting 85 Motion for Leave to File Excess Pages. Signed by Judge Victor A. Bolden on 10/22/2019. (Leon, Noel) (Entered: 10/22/2019) |
| 10/22/2019 | 87 | ORDER granting 84 Joint Motion to Seal supplemental answer to Plaintiff's complaint, memorandum of law in support of motion for summary judgment, Defendants' local rule 56(a)(1) statement of undisputed facts, and affidavits in support of summary judgment; and to publicly file redacted copies of each of the aforementioned documents.<br>The Court finds that good cause exists to seal these documents under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. See D. Conn. L. Civ. R. 5(e).<br>Signed by Judge Victor A. Bolden on 10/22/2019. (Leon, Noel) (Entered: 10/22/2019) |
| 11/01/2019 | 88 | MOTION for Leave to File *Supplemental Answer* by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (Attachments: # 1 Proposed Supplemental Answer, Redacted)(McGovern, Rosemary) (Entered: 11/01/2019) |
| 11/01/2019 | 89 | Sealed Document: TO SEAL Proposed Supplemental Answer by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees re 88 MOTION for Leave to File *Supplemental Answer* . (McGovern, Rosemary) |

| | | |
|---|---|---|
| | | (Entered: 11/01/2019) |
| 11/01/2019 | 90 | MOTION for Summary Judgment by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees.Responses due by 11/22/2019 (Attachments: # 1 Memorandum in Support Redacted, # 2 Local Rule 56(a)(1) Statement of Undisputed Facts Redacted, # 3 Exhibit Redacted) (McGovern, Rosemary) (Entered: 11/01/2019) |
| 11/01/2019 | 91 | Sealed Document: TO SEAL Memo in Support of Motion for Summary Judgment, Local Rule 56(a)(1) Statement of Undisputed Facts, and Exhibits by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees re 90 MOTION for Summary Judgment . (Attachments: # 1 Local Rule 56(a)(1) Statement of Undisputed Facts, # 2 Exhibit)(McGovern, Rosemary) (Entered: 11/01/2019) |
| 11/18/2019 | 92 | First MOTION for Extension of Time to File Response/Reply as to 90 MOTION for Summary Judgment until 11/29/2019 by Noriana Radwan. (Klein, Jonathan) (Entered: 11/18/2019) |
| 11/19/2019 | 93 | ORDER granting 92 First MOTION for Extension of Time to File Response/Reply as to 90 MOTION for Summary Judgment until **November 29, 2019**. Signed by Judge Victor A. Bolden on 11/19/2019. (Leon, Noel) (Entered: 11/19/2019) |
| 11/25/2019 | 94 | Second MOTION for Extension of Time to File Response/Reply as to 90 MOTION for Summary Judgment until 12/09/2019 by Noriana Radwan. (Klein, Jonathan) (Entered: 11/25/2019) |
| 11/25/2019 | 95 | First MOTION for Extension of Time until 12/09/2019 to File Cross-Motion for Summary Judgment 94 Second MOTION for Extension of Time to File Response/Reply as to 90 MOTION for Summary Judgment until 12/09/2019 by Noriana Radwan. (Klein, Jonathan) (Entered: 11/25/2019) |
| 11/26/2019 | 96 | ORDER granting 94 and 95 Motions for Extensions of time until **December 9, 2019** to File a Response to the Defendants' Motion for Summary Judgment and a Cross-Motion for Summary Judgment. Signed by Judge Victor A. Bolden on 11/26/2019. (Leon, Noel) (Entered: 11/26/2019) |
| 12/09/2019 | 97 | Final MOTION for Extension of Time to File Response/Reply as to 90 MOTION for Summary Judgment until 12/23/2019 by Noriana Radwan. (Klein, Jonathan) (Entered: 12/09/2019) |
| 12/09/2019 | 98 | Final MOTION for Extension of Time until 12/23/2019 to File Cross-Motion for Summary Judgment 97 Final MOTION for Extension of Time to File Response/Reply as to 90 MOTION for Summary Judgment until 12/23/2019 by Noriana Radwan. (Klein, Jonathan) (Entered: 12/09/2019) |
| 12/10/2019 | 99 | ORDER granting 98 Motion for Extension of Time until **December 23, 2019** to file responses to 90 Motion for Summary Judgment. Signed by Judge Victor A. Bolden on 12/10/2019. (Leon, Noel) (Entered: 12/10/2019) |
| 12/10/2019 | 100 | ORDER finding as moot 97 Motion for Extension of Time to File Response/Reply in light of the Court's order 99 . Signed by Judge Victor A. Bolden on 12/10/2019. (Leon, Noel) (Entered: 12/10/2019) |

| | | |
|---|---|---|
| 12/23/2019 | 101 | Memorandum in Opposition re 90 MOTION for Summary Judgment filed by Noriana Radwan. (Attachments: # 1 Statement of Material Facts Local Rule 56(a)2 Statement, # 2 Exhibit Index to Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Klein, Jonathan) (Entered: 12/23/2019) |
| 12/23/2019 | 102 | Cross MOTION for Summary Judgment by Noriana Radwan.Responses due by 1/13/2020 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts Local Rule 56(a)1 Statement, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Klein, Jonathan) (Entered: 12/23/2019) |
| 01/03/2020 | 103 | MOTION for Extension of Time to File Response/Reply *as to 101 Opposition to Motion for Summary judgment and* as to 102 Cross MOTION for Summary Judgment until Febraury 12, 2020 by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 01/03/2020) |
| 01/04/2020 | 104 | ORDER granting 103 Motion for Extension of Time until **February 12, 2020**, to File Response to 102 Plaintiff's Cross-Motion for Summary Judgment, and to File Reply to 101 Plaintiff's Opposition to Motion for Summary Judgment.<br><br>The parties are advised that the Court is not inclined to grant any further extensions for any party.<br><br>Signed by Judge Victor A. Bolden on 1/4/2020. (Leon, Noel) (Entered: 01/04/2020) |
| 02/07/2020 | 105 | REPLY to Response to 90 MOTION for Summary Judgment filed by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (McGovern, Rosemary) (Entered: 02/07/2020) |
| 02/07/2020 | 106 | Memorandum in Opposition re 102 Cross MOTION for Summary Judgment filed by Mona Lucas, Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees. (Attachments: # 1 Statement of Material Facts Defendants' 56(a)(2) Stmt of Facts, # 2 Exhibit Defendants' Exhibits)(McGovern, Rosemary) (Entered: 02/07/2020) |
| 02/19/2020 | 107 | Amended Statement of Material Facts re 102 Cross MOTION for Summary Judgment *(CORRECTED)* filed by Noriana Radwan. (Klein, Jonathan) (Entered: 02/19/2020) |
| 02/19/2020 | 108 | REPLY to Response to 102 Cross MOTION for Summary Judgment filed by Noriana Radwan. (Klein, Jonathan) (Entered: 02/19/2020) |
| 04/07/2020 | 109 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Set/Reset Deadlines as to 102 Cross MOTION for Summary Judgment , 90 MOTION for Summary Judgment . Telephonic Motion Hearing set for **April 30, 2020, at 10:00 AM** before Judge Victor A. Bolden. Call in information will be circulated to the parties. (Leon, Noel) (Entered: 04/07/2020) |
| 04/29/2020 | 110 | ORDER: Please use the following call-in information for 109 the telephonic motion hearing scheduled tomorrow, April 30, 2020, at 10:00 a.m.:<br>Dial: 888-808-6929 |

| | | |
|---|---|---|
| | | Participant Code: 9284309<br>Signed by Judge Victor A. Bolden on 4/29/20. (Leon, Noel) (Entered: 04/29/2020) |
| 04/30/2020 | 111 | Minute Entry for proceedings held before Judge Victor A. Bolden: Motion Hearing held on 4/30/2020 re 102 Cross MOTION for Summary Judgment filed by Noriana Radwan, 90 MOTION for Summary Judgment filed by Warde Manuel, Leonard Tsantiris, University of Connecticut Board of Trustees, Mona Lucas. Total Time: 75 minutes. (Court Reporter S. Montini.) (Leon, Noel) (Entered: 04/30/2020) |
| 06/06/2020 | 112 | ORDER granting 90 Defendants' Motion for Summary Judgment; denying 102 Plaintiff's Motion for Summary Judgment.<br>The Clerk of the Court is respectfully directed to close this case. Signed by Judge Victor A. Bolden on 6/6/2020. (Leon, Noel) (Entered: 06/06/2020) |
| 06/26/2020 | 113 | JUDGMENT entered in favor of University of Connecticut Board of Trustees, Leonard Tsantiris, Mona Lucas, Warde Manuel against Noriana Radwan.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 6/26/2020.(Perez, J.) (Entered: 06/26/2020) |
| 06/26/2020 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Perez, J.) (Entered: 06/26/2020) |
| 07/03/2020 | 114 | NOTICE OF APPEAL as to 112 Order on Motion for Summary Judgment,,, 29 Order on Motion to Dismiss, 113 Judgment, by Noriana Radwan. Filing fee $ 505, receipt number ACTDC-5953219. (Klein, Jonathan) (Entered: 07/03/2020) |